■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA JACOBS, Appellant. [639 NYS2d 194] ■

■ Memorandum: Because defendant did not object to the prosecutor's summation, her argument that the prosecutor's characterization of the witnesses was improper is not preserved for our review (*see,* CPL 470.05 [2]; *People v Pierce,* 219 AD2d 856). In any event, the prosecutor's isolated comment did not deprive defendant of a fair trial (*see, People v Dunbar,* 213 AD2d 1000, *lv denied* 85 NY2d 972).

Under the circumstances of this case, the sentence is neither unduly harsh nor severe. We have reviewed the contention raised in defendant's *pro se* supplemental brief and conclude that it is without merit. (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Manslaughter, 1st Degree.) Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.